UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>**Gamaliel ROMERO Hernandez,**<br><br>         Defendant | Magistrate Docket No. 08 MJ 0326<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **February 4, 2008** within the Southern District of California, defendant, **Gamaliel ROMERO Hernandez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **5th** DAY OF **FEBRUARY, 2008**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
**Gamaliel ROMERO Hernandez**

## PROBABLE CAUSE STATEMENT

On February 4, 2008, at approximately 1:40 AM, Border Patrol Agent J. Rich and Border Patrol Agent J. Volosin were performing line watch duties in the Chula Vista Border Patrol Area of Operation in an area known as "Johnny Wolfes". At approximately 1:45 a.m., Agent Rich and Volosin responded to Scope Surveillance operator, Border Patrol Agent S. Crudale, regarding a group of eight individuals he observed walking northbound in Johnny Wolfes draw. This area is located approximately one mile north of the United States/Mexico International Boundary and approximately three miles east of the Otay Mesa, California, Port of Entry. Agent Crudale instructed Agent Rich and Volosin as to the last known location of the group of individuals. Agent Rich observed four individuals leave the rest of the group and begin traveling north. Agent Rich began pursing them and located all individuals attempting to conceal themselves in thick brush. At the same time Agent Volosin approached the brush where the remaining individuals had been last observed, and located four individuals. Agent Volosin conducted an immigration inspection, after identifying himself as a United States Border Patrol Agent. All subjects admitted to being in the United States illegally as well as citizens of Mexico. Agent Rich identified himself as United States Border Patrol Agent and conducted an immigration interview on the four subjects he had located. When asked what country he was a citizen, one individual later identified as the defendant **Gamaliel ROMERO-Hernandez**, replied, "Mexico". Agent Volosin then asked the defendant if he had any proper immigration documents that would allow him to enter or remain in the United States legally and he replied, "No". Agent Rich and Volosin took the defendant into custody, and made arrangements to have him transported to Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 10, 2007** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.