AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| GAMALIEL ROMERO HERNANDEZ | CASE NUMBER: 08CR637-LAB |

I, GAMALIEL ROMERO HERNANDEZ, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on MARCH 6, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                  DEPUTY

X _____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER